## MISCELLANEOUS DISMISSALS

**2006–2239. State ex rel. Cincinnati Enquirer v. Riley.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for a partial dismissal,

It is ordered by the court that the application for partial dismissal is granted. Count Two of relator's complaint is dismissed.

This action remains pending before the court on Count One of relator's complaint.

**2007–0566. State ex rel. Midview Local School Dist. Bd. of Edn. v. Burge.**
Lorain App. No. 06CA009067. This cause is pending before this court as an appeal from the Court of Appeals for Lorain County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to Sup.Ct.Prac.R. XIV(6)(E):

**2007–0478. AP Hotels of Illinois, Inc. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–K–349.

The following case has been referred to mediation pursuant to Sup.Ct.Prac.R. XIV(6):

**2007–0329. State ex rel. Holt v. Columbus.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint motion to refer this case back to mediation and to stay briefing,

It is ordered by the court that the motion is granted.

Accordingly, the court refers this case to mediation pursuant to Sup.Ct.Prac.R. XIV(6) and stays the briefing schedule for this case until further notice.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 26, 2007*

[Cite as *06/26/2007 Case Announcements,* 2007-Ohio-3189.]

## MOTION AND PROCEDURAL RULINGS

**2006–1697. Chillicothe Tel. Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 05–1298–TP–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. On October 10, 2006, this court stayed proceedings in this case pending the conclusion of related proceedings.

It is ordered by the court, sua sponte, that appellant shall file a notice advising this court of the status of the related proceedings within 15 days of the date of this entry.

## DISCIPLINARY CASES

**2005–0398. Disciplinary Counsel v. Watson.**
On December 7, 2005, this court permanently disbarred respondent, Michael Troy Watson. On April 3, 2006, relator, Disciplinary Counsel, filed a motion for an order to appear and show cause. On August 8, 2006, both parties appeared before this court, and the cause was remanded to the Board of Commissioners on Grievances and Discipline to consider allegations referred to during the oral argument. On April 19, 2007, the board filed its report. On May 10, 2007, this court found respondent in contempt, sentenced respondent to 90 days in jail and suspended the sentence, and fined respondent $10,000, with $9,500 suspended on condition. On May 24, 2007, respondent filed (1) a